

**ORDERED in the Southern District of Florida on July 11, 2024.**

_Corali Lopez-Castro_
**Corali Lopez-Castro, Judge**
**United States Bankruptcy Court**

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Case No. 24-14587-CLC |
| RYAN M. POGOZALSKI, | Chapter 7 |
| Debtor./ | |

### ORDER GRANTING AGREED EX PARTE MOTION FOR
### EXTENSION OF TIME TO FILE A COMPLAINT OBJECTING TO
### DEBTOR'S DISCHARGE AND TO OBJECT TO DEBTOR'S CLAIMED EXEMPTIONS

THIS MATTER, having come before the Court upon Trustee's *Agreed Ex Parte Motion for Extension of Time to File a Complaint Objecting to Debtor's Discharge and Object to Debtor's Claimed Exemptions* (the "Motion") [ECF No. 23]. The Court, having reviewed the Motion and the record herein and having been advised that the parties are in agreement, finds cause to grant the Motion. Accordingly, it is

**ORDERED:**

1. The Motion is **GRANTED.**

2. The Trustee and the United States Trustee shall have up to and including **October 11, 2024,** to file a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. § 727**.**

3. The Trustee shall have up to and including **September 9, 2024,** to object to the Debtor's claimed exemptions.

# # #

Submitted by:
John H. Lee, Esq.
Markowitz, Ringel, Trusty & Hartog, P.A.
*Counsel to Chapter 7 Trustee*
101 NE Third Avenue, Suite 1210
Ft. Lauderdale, FL 33301
Tel. (954) 767-0030

**Copies to:**
John H. Lee, Esq.
*(Attorney Lee is directed to mail a copy of this Order to all interested parties and to file a certificate of service).*